UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                             CASE NO.: 2:19-mj-1063-MRM

JOSUE MELENDEZ

| **Judge:** | Mac R. McCoy | **Counsel for Government** | Trent Reichling |
|---|---|---|---|
| **Deputy Clerk:** | Micki Janczewski | **Counsel for Defendant:** | Russ Rosenthal |
| **Court Reporter** | Digital | **Pretrial/Probation** | Jennifer Medrano |
| **Date/Time** | May 24, 2019 01:58 PM-02:11 PM | **Interpreter** | N/A |
| **Bench Time** | 13 Minutes | | |

## Initial Appearance - Rule 5 C:

Court advised defendant of rights. Federal Public Defender appointed for this hearing to allow Defendant to obtain private counsel. Government proceeded by proffer. Defendant requests an Identity Hearing.

Government seeking detention for reasons stated on the record. Defendant, through counsel, requests a detention hearing be held.

Detention and Identity hearing(s) to be held on May 31, 2019, at 10:30 A.M. Hearings to be scheduled by separate notice.

Defendant will be remanded to the U.S. Marshal pending future proceedings.